# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

FRANCISCO JAVIER RODRIGUEZ-HERNANDEZ, et al.,

        Petitioners,

v.                                            CIVIL ACTION NO.  2:26-cv-00099

CHRISTOPHER MASON, et al.,

        Respondents.

## ORDER

Pending before the Court is a Petition for Writ of Habeas Corpus (the "Petition") filed by Petitioners Francesco Javier Rodriguez-Hernandez ("Rodriguez-Hernandez") and Maynor Ottoniel Perez-Marroquin ("Perez-Marroquin") (collectively, "Petitioners"). (ECF No. 1.) The Respondents filed responses,[1] (ECF Nos. 9, 13-1), as well as a Motion to Dismiss, (ECF No. 13-1), and Petitioners filed a reply, (ECF No. 22). Respondents also filed a Motion to Dismiss or Transfer as to Petitioner Rodriguez-Hernandez, who was transferred out of this District prior to the filing of the Petition, (ECF No. 11), and Petitioners filed a response, (ECF No. 22).

A Show Cause Hearing is currently scheduled for February 19, 2026. (ECF Nos. 5, 20.) In accordance with the ruling that will be made on the record,[2] the Government's Motion to

---

[1] The Petition identifies the following respondents: Christopher Mason, as the Superintendent of the South Central Regional Jail (the "State Respondent"); Michael Rose as the Acting Field Office Director of the Philadelphia Field Office of ICE, Todd Lyons as the Acting Director of ICE, Kristi Noem as the Secretary of Homeland Security, Pamela Bondi as the United States Attorney General (collectively the "Government"). (ECF No. 1.) The State Respondent filed a response deferring to the Government's position, (ECF No. 9), and the Government filed a separate response moving to dismiss the Petition for lack of jurisdiction and failure to state a claim, (ECF No. 13-1).

[2] This ruling will be based on the briefs, (*see* ECF No. 13-1 at 3 (stating that "the government relies upon the legal arguments presented below" and "believes this matter can be decided without a hearing"); ECF No. 22 at 1, n1.

Dismiss, (ECF No. 13-1), is **DENIED**, and the Petition, (ECF No. 1), is **GRANTED** as to Petitioner Perez-Marroquin.  Respondents are **ORDERED** to **RELEASE PETITIONER PEREZ-MARROQUIN IMMEDIATELY** from civil immigration custody, and the Court further **ORDERS** that any personal possessions belonging to Petitioner Perez-Marroquin, including identification and other documentation to include legal documents, be returned to him. The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner Perez-Marroquin pending further order of this Court.

A memorandum opinion and order resolving Respondent's Motion to Dismiss or Transfer as to Petitioner Rodriguez-Hernandez, (ECF No. 11), and Petitioners' Motion for Limited Jurisdictional Discovery, (ECF No. 17), will follow shortly.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     February 18, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

---

(same)), and the Court's prior opinion, *Briceno Solano v. Mason*, No. 2:26-cv-00045, --- F. Supp. 3d ---, 2026, WL 311624 (S.D. W. Va. Feb. 4, 2026), which is adopted in its entirety, as well as other recent opinions of this Court, *see, e.g.*, *Larrazabal-Gonzalez v. Mason*, No. 2:26-CV-00049, ---F.Supp.3d ---, 2026 WL 221706 (S.D. W. Va. Jan. 28, 2026) (Goodwin, J.); *Gutierrez Aroca v. Mason*, No. 2:26-CV-00057, --- F. Supp. 3d ---, 2026 WL 357872 (S.D. W. Va. Feb. 9, 2026) (Goodwin, J.); *Gonzalez v. Aldridge*, No. CV 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026) (Chambers, J.); *Umarov v. Mason*, No. 2:26-CV-00081, 2026 WL 381614 (S.D. W. Va. Feb. 11, 2026) (Berger, J.).