IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FRANCISCO JAVIER RODRIGUEZ-HERNANDEZ,

    Petitioner,

v.

CHRISTOPHER MASON, *et al.*

    Defendants.

3:26-CV-00292-CCW

## **CASE MANAGEMENT ORDER**

The Court orders as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4. **Respondents' responses to the petition.** The Court has reviewed the Petition and supporting materials, and finds that the threshold issue concerns whether Petitioner is entitled to a bond hearing because he is subject to discretionary detention pursuant to §1226(a) as opposed to

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

mandatory detention pursuant to §1225(b). Based on its prior decisions on this issue, including *Gbamoi v. Oddo et al.*, Civil Action No. 26-cv-108-CCW, ECF No. 10 (W.D. Pa. Feb. 20, 2026) and *Orellana Rivas v. Oddo et al.*, Civil Action No. 26-cv-246-CCW, ECF No. 8 (W.D. Pa. Feb. 23, 2026), the Court tentatively intends to grant the Petition to the extent it requests a bond hearing. If Respondents believe that there are factual or legal differences between this case and the other cases in which the Court has decided the issue, then they may file a response to the Petition within **7 days** of the date of service. Responses are limited to **25 pages**, double-spaced. If Respondents' positions are the same as in the prior cases in which this issue has been raised and decided by the Court, they shall simply state as much in the response, cite to any response or brief previously filed on the issue in this Court, and their positions shall be deemed to be incorporated by reference into the record.

DATED this 24th day of February, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge